■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. R. SCOTT THOMPSON (Admitted as RICHARD SCOTT THOMPSON), Admitted on May 2, 1988, at a Term of the Appellate Division, First Department. [735 NYS2d 746] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See* 257 AD2d 127.]